# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DUBUQUE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 04-1008-MWB-1 |
| vs. | **RECEIPT FOR EXHIBIT** |
| RONALD GREVE, | |
| Defendant. | |

Following the disposition of the above titled action, Plaintiff's Jury Trial Exhibit (docket #47) marked and described as follows:

| Marked | Description |
|---|---|
| Government Exhibit 15 | Glass marijuana pipe |

has been released to ___USA___ on this _9TH_ of _APRIL_, 20_12_.

Exhibits should be kept in their original form until termination of any appeal in this matter or otherwise advised by this court that they may be destroyed.

_____
Signature

USAO
_____
Agency

_____
Witness - Deputy Clerk